AUGUSTA EDWARDS et al., as Executors, etc., Appellants, *v.*
WILLIAM B. WEAVER, Impleaded, etc., Respondent.

(Argued October 16, 1883; decided October 26, 1883.)

*G. H. Beckwith* for appellants.

*H. S. Johnson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.